UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| JERRIE VANDER HOUWEN,<br><br>             Plaintiff,<br><br>   v.<br><br>MARTINA VANDER HOUWEN,<br><br>             Defendant. | NO. CV-11-3053-EFS<br><br>**ORDER DISMISSING COMPLAINT FOR FAILURE TO AMEND** |

    Before the Court is *pro se* Plaintiff Jerrie Vander Houwen's Complaint, ECF No. 6, filed May 11, 2011. Mr. Vander Houwen, who is proceeding in forma pauperis, appeals a Yakima County Superior Court decision denying his request for reconsideration of a child-custody matter. The Court screened Mr. Vander Houwen's complaint under 28 U.S.C. § 1915A, and on June 15, 2011, the Court ordered Mr. Vander Houwen to file an amended complaint no later than July 28, 2011. On June 28, 2011, Mr. Vander Houwen filed a motion for extension of time to file his amended complaint, which the Court granted, extending the deadline to August 29, 2011. ECF Nos. 8 & 9.

    As of the date of this Order, Mr. Vander Houwen has not filed an amended complaint. Accordingly, the Court dismisses Mr. Vander Houwen's complaint for failure to state a claim under 28 U.S.C. § 1915(e)(2).

/

ORDER ~ 1

For the above-given reasons, **IT IS HEREBY ORDERED**:

1. The Complaint in this matter, **ECF No. 6**, is **DISMISSED.**

2. **Judgment** shall be **entered** without prejudice in Defendant's favor.

3. This case is **closed**.

**IT IS SO ORDERED.** The District Court Executive is directed to enter this Order and provide a copy to Plaintiff.

**DATED** this ___31st___ day of October 2011.


                    S/ Edward F. Shea
                    EDWARD F. SHEA
                United States District Judge

Q:\Civil\2011\3053.dismiss.lc2.wpd

ORDER ~ 2