AO 450 (Rev. 5/85) Judgment in a Civil Case

# UNITED STATES DISTRICT COURT
## *Eastern District of Washington*

JERRIE VANDER HOUWEN,

        Plaintiff,

v.

MARTINA VANDER HOUWEN,

        Defendant.

JUDGMENT IN A CIVIL CASE

CASE NUMBER: CV-11-3053-EFS

☐ **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

☒ **Decision by Court.** This action came to hearing before the Court. The issues have been heard and a decision has been rendered.

IT IS ORDERED AND ADJUDGED that pursuant to the Order Dismissing Complaint for Failure to Amend entered on October 31, 2011, ECF No. 10, judgment is entered in favor of Defendant without prejudice.

October 31, 2011                               JAMES R. LARSEN
*Date*                                         *Clerk*
                                               s/ Cora Vargas
                                               *(By) Deputy Clerk*
                                               Cora Vargas